# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Kaiya Horace | **Repayment Agreement and Order** | No: 4:24-CR-00034-005 |

On December 17, 2025, Kaiya Horace was sentenced to 1 D imprisonment followed by a 60 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Horace. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

## FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1.    As a result of the judgment entered against me on December 17, 2025, I have been ordered to pay a total restitution of $115,500.00 and a special assessment of $100.00.

2.    On December 17, 2025, I began my service of 60 months of supervised release. The current balance of my restitution is $115,500.00.

3.    After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of February, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____    1/20/26
Kaiya Horace                                   Date

_____    1/20/26
Eugene L. Autry, II, U.S. Probation Officer    Date

_____    03/03/2026
Assistant U.S. Attorney                         Date

---

**THE COURT ORDERS:**

**XX** Approval    ☐ Disapproval

S/Clay D. Land
_____
Clay D. Land
U.S. District Court Judge

3/05/2026
_____
Date